1   COOLEY LLP
    GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
2   JOSHUA O. MATES (221068) (jmates@cooley.com)
    Five Palo Alto Square
3   3000 El Camino Real
    Palo Alto, CA  94306-2155
4   Telephone:     (650) 843-5000
    Facsimile:      (650) 849-7400
5
    Attorneys for Defendant
6   ELECTRIC POWER RESEARCH INSTITUTE GROUP WELFARE
    BENEFIT PLAN
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   GAIL LUNDELL,                      Case No.  CV 11-00188 MEJ

13            Plaintiff,                STIPULATION & [PROPOSED] ORDER FOR
                                        DISMISSAL WITHOUT PREJUDICE OF
14        v.                            ELECTRIC POWER RESEARCH INSTITUTE
                                        GROUP WELFARE BENEFIT PLAN AND
15   ELECTRIC POWER RESEARCH            SUBSTITUTION OF THE LIFE INSURANCE
     INSTITUTE GROUP WELFARE BENEFIT    COMPANY OF NORTH AMERICA AS
16   PLAN,                              DEFENDANT

17            Defendant.

18

19        In connection with the above-captioned action, and pursuant to Federal Rule of Civil

20   Procedure 41(a)(1(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff Gail Lundell

21   ("Lundell"), Defendant Electric Power Research Institute ("EPRI") Group Welfare Benefit Plan,

22   and third party The Life Insurance Company of North America ("LINA") that:

23        (1)     LINA be substituted for the EPRI Group Welfare Benefit Plan as named defendant

24   in this action;

25        (2)     Defendant EPRI Group Welfare Benefit Plan be dismissed without prejudice as a

26   defendant in this action;

27        (3)     In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lundell

28   hereby notices the voluntary dismissal without prejudice of this action against defendant EPRI

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1208992 v1/SF                    1.                STIP & [PROPOSED] ORDER FOR DISMISSAL OF EPRI &
                                                   SUBSTITUTION OF LINA AS DEFENDANT
                                                   CASE NO. CV 11-00188 MEJ

Group Welfare Benefit Plan (as of the filing of this stipulation, the EPRI Group Welfare Benefit Plan has not served an answer or any motion pursuant to Rule 12 or Rule 56 in this action);

(4)     The date LINA has executed this stipulation shall be the date of service on LINA of the Complaint in this action, filed January 12, 2011, and the time for LINA's response to the Complaint shall be governed by the Federal Rules of Civil Procedure;

(5)     In consideration for this stipulation, and for purposes of this action only, LINA acknowledges and agrees that it will be responsible for any judgment relating to disability benefits under the EPRI Group Welfare Benefit Plan, and attorneys' fees, if awarded, as they relate to Lundell based on the allegations made in the Complaint against the EPRI Group Welfare Benefit Plan in this action.

(6)     Each of the parties will bear its and her own attorneys' fees and costs associated with the dismissal of the EPRI Group Welfare Benefit Plan herein; and

(7)     The caption of this action be modified accordingly.

Dated: February 9, 2011

*I, Joshua Mates, am the ECF User whose ID and password are being used to file this Stipulation & [Proposed] Order for Dismissal of EPRI and Substitution of LINA as Defendant.  In compliance with General Order 45.X.B., I hereby attest that Thorton Davidson and Adrienne Publicover have concurred in this filing.*

COOLEY LLP
GREGORY C. TENHOFF (154553)
JOSHUA O. MATES (221068)


/S/
Joshua O. Mates (221068)

Attorneys for Defendant
ELECTRIC POWER RESEARCH INSTITUTE GROUP
WELFARE BENEFIT PLAN


Dated: February 9, 2011

ERISA LAW GROUP
THORNTON DAVIDSON (166487)


/S/
Thornton Davidson (166487)

Attorneys for Plaintiff
GAIL LUNDELL

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1208992 v1/SF

2.

STIP & [PROPOSED] ORDER FOR DISMISSAL OF EPRI &
SUBSTITUTION OF LINA AS DEFENDANT
CASE NO. CV 11-00188 MEJ

1    Dated: February 9, 2011                    WILSON ELSER MOSKOWITZ EDELMAN &
                                                DICKER LLP
2                                               ADRIENNE PUBLICOVER (161432)

3

4                                               /S/
                                                _____
                                                Adrienne Publicover (161432)
5
                                                Attorneys for Substituted Defendant
6                                               THE LIFE INSURANCE COMPANY OF NORTH
                                                AMERICA
7

8

9    IT IS SO ORDERED.

10

11   Date:_____            _____
         February 11, 2011
12                                              United States Northern District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1208992 v1/SF                                   3.                  STIP & [PROPOSED] ORDER FOR DISMISSAL OF EPRI &
                                                                    SUBSTITUTION OF LINA AS DEFENDANT
                                                                    CASE NO. CV 11-00188 MEJ