IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL LUNDELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.
    /

No. C 11-00188 WHA

**ORDER DENYING THE PARTIES' REQUEST TO APPEAR BY TELEPHONE**

    The Court is in receipt of the parties' request to attend the case management conference by telephone. The courtroom's equipment makes it impractical to hold hearings over the telephone. This request must be **DENIED**. However, to assist counsel, the Court will issue a case management order based on a review of the submission. If counsel have any disagreement with the case management order, then they must attend the case management conference in person, which will be, as presently scheduled, on **APRIL 21, 2011, AT 3:00 P.M.** Failing any objection, the case management order as issued today will stand. Any objection and intent to appear must be filed by **NOON ON APRIL 20**.

    **IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE